UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA

JAROD GOLSON,

    Plaintiff,

v.

ZACK HAROLD, et al.

    Defendants.

No. 1:17-CV-00593

(Judge Rambo)

# ORDER

**AND NOW, THEREFORE**, this 8th day of May, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is construed as a motion to proceed without full prepayment of the filing fee and is **GRANTED**;

2. Plaintiff's complaint is **DISMISSED** for failure to comply with Fed.R.Civ.P. 8 and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) with leave to file an amended complaint, consistent with this Order and Memorandum, within thirty (30) days of the date hereof;

3. The Amended Complaint should be complete in all respect without reference to the original complaint filed by Plaintiff; and

4. If Plaintiff fails to file an amended complaint within thirty (30) days of the date hereof, the Clerk shall close this case without further order of Court.

S/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge