UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA

_____

**JAROD GOLSON,**

    **Plaintiff,**

    **v.**

**ZACK HAROLD, et al.**

    **Defendants.**

No. 1:17-CV-00593

(Judge Rambo)

## ORDER

**AND NOW**, **THEREFORE**, this 22nd day of August, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915(A) for failure to state a claim upon which relief may be granted; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                     s/Sylvia H. Rambo
                                     SYLVIA H. RAMBO
                                     United States District Judge